# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MIKE WORONKO, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>        Defendant. | Case No. 19-cv-13449<br><br>Hon. Stephanie Dawkins Davis<br><br>Magistrate Judge Elizabeth A. Stafford |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Mahde Y. Abdallah of The Miller Law Firm, P.C. hereby enters his appearance as counsel of record on behalf of Plaintiffs in the above captioned matter.

Dated: July 1, 2020

Respectfully submitted,

/s/ *Mahde Y. Abdallah*
Mahde Y. Abdallah (P80121)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
mya@millerlawpc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2020 I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

/s/ *Mahde Y. Abdallah*
Mahde Y. Abdallah (P80121)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
mya@millerlawpc.com