UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MIKE WORONKO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | Case No.: 4:19-cv-13449<br><br>Hon. Stephanie Dawkins Davis<br>United States District Judge<br><br>Hon. Elizbeth A. Stafford<br>United States Magistrate Judge<br><br>**CLASS ACTION** |

### STIPULATED ORDER EXTENDING TIME FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT

On September 25, 2020 this Court entered an Order permitting Plaintiff Mike Woronko ("Plaintiff") to file an amended complaint within fourteen days and, if Plaintiff elected to file such an amended complaint, allowing Defendant General Motors LLC ("Defendant") fourteen days within service of the amended pleading to respond. ECF No. 24. Plaintiff intends to file an amended complaint and, having met and conferred with Defendant, the parties agree that a brief extension of time is warranted to ensure Plaintiff has a sufficient opportunity to cure any potential deficiencies and that Defendant has adequate time to respond to the amended pleading. Accordingly, the parties respectfully request that Plaintiff shall have until

1

October 23, 2020 to file an amended complaint and that Defendant shall have until November 18, 2020 to respond to the amended pleading.

**IT IS SO ORDERED.**

Date: October 8, 2020                    s/Stephanie Dawkins Davis
                                         Hon. Stephanie Dawkins Davis
                                         United States District Judge

**Stipulated and Agreed to by:**  Date: 10/5/2020

*/s/ E. Powell Miller*  */s/ Jeffrey K. Lamb* (with consent)
E. Powell Miller (P39487)  Jeffrey K. Lamb (P76738)
Sharon S. Almonrode (P33938)  Mohamed M. Awan (P77402)
Dennis A. Lienhardt (P81118)  Lauren Biery (P82887)
William Kalas (P82113)  **HONIGMAN LLP**
**THE MILLER LAW FIRM, P.C.**  2290 First National Building
950 West University, Suite 300  660 Woodward Avenue
Rochester, Michigan 48307  Detroit, MI 48226-3506
Tel: (248) 841-2200  Telephone: (313) 465-7000
epm@millerlawpc.com  Facsimile: (313) 465-7405
ssa@millerlawpc.com  jlamb@honigman.com
dal@millerlawpc.com  mawan@honigman.com
wk@millerlawpc.com  lbiery@honigman.com

Nicholas A. Migliaccio  *Counsel for General Motors LLC*
(Michigan Bar No. 29077)
Jason S. Rathod
(Michigan Bar No. 18424)
**MIGLIACCIO & RATHOD LLP**
412 H Street N.E., Ste. 302
Washington, DC 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

Daniel E. Gustafson
Daniel C. Hedlund
David A. Goodwin
Mickey L. Stevens
**GUSTAFSON GLUEK PLLC**
220 South Sixth Street #2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dgoodwin@gustafsongluek.com
mstevens@gustafsongluek.com

3

_____    _____

*Attorneys for the Plaintiff and Putative Class*