UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIKE WORONKO, on behalf of
himself and all others similarly situated,

    Plaintiff,

v.

GENERAL MOTORS LLC.,

    Defendants.
_____/

Case No. 19-13449

Stephanie Dawkins Davis
United States District Judge

## ORDER DENYING DEFENDANT GENERAL MOTORS' MOTION TO DISMISS (ECF. NO. 13) AS MOOT

Plaintiff, Mike Woronko, brought the present action against General Motors LLC. General Motors filed a motion to dismiss the complaint in this matter. (ECF No. 13). Woronko filed a response. (ECF No. 18). Subsequently, on September 25, 2020, without opining as to the merits of General Motors' motion, the court entered an order giving Woronko the opportunity to amend his complaint within 14 days of the court's order. (ECF No. 24). That deadline was extended to October 23, 2020. (ECF No. 25). The order also advised that the court would decide the motion based on the existing complaint if Woronko elected not to amend his complaint. But, if Woronko filed such an amendment, the court would dismiss General Motors' motion as moot. On October 23, 2020, Woronko timely filed an

amended complaint. (ECF No. 26). Accordingly, the court will **DENY** General Motors' motion to dismiss, (ECF No. 13), as moot. Under the court's September 25th order, General Motors has 14 days from the date of service of the amended complaint to answer or otherwise respond.

    **IT IS SO ORDERED**.

Dated:     October 27, 2020

                                  s/Stephanie Dawkins Davis
                                  HON. STEPHANIE DAWKINS DAVIS
                                  United States District Court Judge