## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ROBERT AMBROSE, SCOTT BARNES, RICHARD CHAPMAN, RYAN CIRIGNANO, CHRIS FAUSETT, MILAN GRUJIC, DAVID KELLER, JOHN KOBEL, DANIEL LAWSON, STEPHEN LUTSK, LORI MAGALLANES, NOAM MEIER, ERIC OSTRANDER, ROBERT OVERTURF, and MIKE WORONKO, on behalf of themselves and all others similarly situated,

**Case No. 2:19-cv-13449**

Honorable Stephanie Dawkins Davis
Magistrate Judge Elizabeth A. Stafford

Plaintiffs,

v.

GENERAL MOTORS LLC, a Delaware corporation,

Defendant.

## STIPULATED ORDER
## EXTENDING PAGE LIMITS

Plaintiffs and General Motors LLC ("GM"), through their undersigned counsel, have met, conferred, and hereby stipulate to the following:

1.      On October 23, 2020, Plaintiffs filed their First Amended Class Action Complaint for damages and equitable relief, individually and on behalf of a nationwide class and 12 state-specific subclasses of purchasers and lessees of 2015-2016 Chevrolet Colorado and GMC Canyon vehicles.  Plaintiffs allege 18

36943501.2

causes of action under the laws of 12 different states, as well as a federal cause of action under the Magnuson-Moss Warranty Act.

2.      GM intends to file a motion to dismiss Plaintiffs' First Amended Class Action Complaint.

3.      Under Local Rule 7(d)(3), a brief in support or in response of a motion may not exceed 25 pages. A reply brief may not exceed 7 pages. The parties have met and conferred and agree to adjust the page limits for the briefing on GM's motion to dismiss.

4.      Given the length of Plaintiffs' amended complaint (122 pages, not including exhibits), the number of claims at issue, and the numerous fact and legal issues involved, the parties agree to extend the page limits to 40 pages for both GM's brief in support of its motion to dismiss and Plaintiffs' response to that motion. The parties further agree to extend GM's reply brief to 14 pages.

**IT IS SO ORDERED.**

Date: November 18, 2020          <u>s/Stephanie Dawkins Davis</u>
                                      Hon. Stephanie Dawkins Davis
                                      United States District Judge

36943501.2

**STIPULATED AND AGREED TO BY:**

/s/ William Kalas (w/ permission)
E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
Dennis A. Lienhardt (P81118)
William Kalas (P82113)
**THE MILLER LAW FIRM, P.C.**
950 West University, Suite 300
Rochester, Michigan 48307
Tel: (248) 841-2200
epm@millerlawpc.com
ssa@millerlawpc.com
dal@millerlawpc.com
wk@millerlawpc.com

Nicholas A. Migliaccio (P29077)
Jason S. Rathod (P18424)
**MIGLIACCIO & RATHOD LLP**
412 H Street N.E., Ste. 302
Washington, DC 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

Daniel E. Gustafson
Daniel C. Hedlund
David A. Goodwin
Mickey L. Stevens
**GUSTAFSON GLUEK PLLC** 220
South Sixth Street #2600 Minneapolis,
MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dgoodwin@gustafsongluek.com
mstevens@gustafsongluek.com

*Counsel for Plaintiffs and Putative Class*

/s/ Mohamed M. Awan
Jeffrey K. Lamb (P76738)
Mohamed M. Awan (P77402)
Laura E. Biery (P82887)
**HONIGMAN LLP**
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7000
Facsimile: (313) 465-7405
jlamb@honigman.com
mawan@honigman.com
lbiery@honigman.com

*Counsel for General Motors LLC*

3

36943501.2