IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT AMBROSE, SCOTT BARNES, RICHARD CHAPMAN, RYAN CIRIGNANO, CHRIS FAUSSETT, MILAN GRUJIC, DAVID KELLER, JOHN KOBEL, DANIEL LAWSON, STEPHEN LUTSK, LORI MAGALLANES, NOAM MEIER, ERIC OSTRANDER, ROBERT OVERTURF, and MIKE WORONKO, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS LLC,<br><br>    Defendant.<br>_____/ | Case No. 4:19-cv-13449<br><br>Hon. Stephanie Dawkins Davis District Court Judge<br><br>Honorable Elizabeth A. Stafford Magistrate Judge |

## STIPULATION AND ORDER
### EXTENDING BREIFING DEADLINES

WHEREAS, Plaintiffs currently have up to and including December 9, 2020 to respond to Defendant General Motors LLC's ("GM") Motion to Dismiss First Amended Class Action Complaint and to Strike Class Allegations ("Motion to Dismiss") (ECF No. 30).

Pursuant to Local Rule 7.1(a), the parties have met and conferred, and GM's counsel does not oppose Plaintiffs' request for a fourteen (14) day extension to respond to GM's Motion to Dismiss. GM agrees that Plaintiffs shall have up to and

including December 23, 2020 to respond to GM's Motion to Dismiss.

In addition, Plaintiffs do not oppose GM's request for a brief extension of time to file a reply to its Motion to Dismiss. Plaintiffs agree that GM shall have up to and including January 15, 2021 to file its reply brief.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs and GM in the above-captioned action, and ORDERED BY THE COURT, that Plaintiffs shall have up to and including December 23, 2020, to respond to GM's Motion to Dismiss. GM shall have up to and including January 15, 2021 to file a reply to its Motion to Dismiss.

**IT IS SO ORDERED**.

Date: December 8, 2020            s/Stephanie Dawkins Davis
                                  Hon. Stephanie Dawkins Davis
                                  United States District Judge

**Stipulated and agreed to by:**

| | |
|---|---|
| */s/ E. Powell Miller* | */s/ Mohamed M. Awan (with consent)* |
| E. Powell Miller (P39487) | Jeffrey K. Lamb |
| Sharon S. Almonrode (P33938) | Mohamed M. Awan |
| Dennis A. Lienhardt (P81118) | Laura E. Biery |
| William Kalas (P82113) | Nicholas A. Burandt |
| THE MILLER LAW FIRM, P.C. | **HONIGMAN LLP** |
| 950 West University, Suite 300 | 2290 First National Building |
| Rochester, MI 48307 | 660 Woodward Avenue |
| Telephone: (248) 841-2200 | Detroit, MI 48226 |
| epm@millerlawpc.com | Telephone: (313) 465-7000 |
| ssa@millerlawpc.com | jlamb@honigman.com |
| dal@millerlawpc.com | mawan@honigman.com |
| wk@millerlawpc.com | lbiery@honigman.com |

Nicholas A. Migliaccio (P29077)
Jason S. Rathod (P18424)
**MIGLIACCIO & RATHOD LLP**
412 H Street N.E., Suite 302
Washington, DC 20002
Telephone: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

Daniel E. Gustafson
Daniel C. Hedlund
David A. Goodwin
Mickey L. Stevens
**GUSTAFSON GLUEK PLLC**
220 South Sixth Street #2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dgoodwin@gustafsongluek.com
mstevens@gustafsongluek.com

*Counsel for Plaintiffs and the Putative Class*

nburandt@honigman.com

*Counsel for Defendant General Motors LLC*

3