UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Michaelke Woronko, et al.,

                Plaintiff(s),

v.                                            Case No. 4:19–cv–13449–SDD–EAS
                                               Hon. Stephanie Dawkins Davis

General Motors LLC,

                Defendant(s),

**NOTICE OF DETERMINATION OF MOTION
WITHOUT ORAL ARGUMENT**

The following motion(s) have been filed:

    Motion to Dismiss – #30

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Stephanie Dawkins Davis *without* oral argument.

Courtesy copies shall be provided directly to chambers as soon as possible.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                            By: s/T. Hallwood
                                                     Case Manager

Dated:  January 19, 2021