UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ROBERT AMBROSE, SCOTT BARNES, RICHARD CHAPMAN, RYAN CIRIGNANO, CHRIS FAUSSETT, MILAN GRUJIC, DAVID KELLER, JOHN KOBEL, DANIEL LAWSON, STEPHEN LUTSK, LORI MAGALLANES, NOAM MEIER, ERIC OSTRANDER, ROBERT OVERTURF, and MIKE WORONKO, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL MOTORS LLC, <br><br> Defendant. | Case No.: 4:19-cv-13449 <br><br> Hon. Stephanie Dawkins Davis |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE NOTICE OF <u>SUPPLEMENTAL AUTHORITY</u>

1. Counsel for Plaintiffs in the above-referenced matter write to inform the Court of a recent ruling in the Eastern District of Michigan regarding General Motors LLC's ("GM's") motion to dismiss in *Bossart*, et. al. v. General Motors LLC, No. 2:20-cv-11057-BAF-DRG (E.D. Mich.), which involves multistate allegations regarding defective wheels (the "Wheel Defect").

1

2. Because the *Bossart* opinion implicates some of the same issues at issue in this litigation, Plaintiffs wish to file the attached Notice of Supplemental Authority for the purpose of bringing this case to this Honorable Court's attention (attached hereto at Exhibit 1).

3. Pursuant to Local Rule 7.1, the undersigned counsel certifies that Plaintiffs' counsel communicated with Defendant's counsel on June 21, 2021 regarding the nature of this Motion and Defendant's counsel stated that GM does not oppose the filing of this Motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff's Motion for Leave to File the attached Notice of Supplemental Authority.

Dated: June 21, 2021               Respectfully submitted,

/s/ E. Powell Miller_____
E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
Dennis A. Lienhardt (P81118)
William Kalas (P82113)
**THE MILLER LAW FIRM, P.C.**
950 West University, Suite 300
Rochester, Michigan 48307
Tel: (248) 841-2200
epm@millerlawpc.com
ssa@millerlawpc.com
dal@millerlawpc.com
wk@millerlawpc.com

Nicholas A. Migliaccio
(E.D. Michigan Bar No. 29077)

2

Case 4:19-cv-13449-SDD-EAS   ECF No. 37, PageID.2134   Filed 06/21/21   Page 3 of 9

Jason S. Rathod
(E.D. Michigan Bar No. 18424)
**MIGLIACCIO & RATHOD LLP**
412 H Street N.E., Ste. 302
Washington, DC 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

Daniel E. Gustafson
Daniel C. Hedlund
David A. Goodwin
Mickey L. Stevens
**GUSTAFSON GLUEK PLLC**
220 South Sixth Street #2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dgoodwin@gustafsongluek.com
mstevens@gustafsongluek.com

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ROBERT AMBROSE, SCOTT BARNES, RICHARD CHAPMAN, RYAN CIRIGNANO, CHRIS FAUSSETT, MILAN GRUJIC, DAVID KELLER, JOHN KOBEL, DANIEL LAWSON, STEPHEN LUTSK, LORI MAGALLANES, NOAM MEIER, ERIC OSTRANDER, ROBERT OVERTURF, and MIKE WORONKO, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL MOTORS LLC, <br><br> Defendant. | Case No.: 4:19-cv-13449 <br><br> Hon. Stephanie Dawkins Davis |

**BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE <u>NOTICE OF SUPPLEMENTAL AUTHORITY</u>**

i

## **STATEMENT OF ISSUE PRESENTED**

1. Whether Plaintiff should be granted leave to file a Second Notice of Supplemental Authority?

Plaintiff's Answer: Yes.

# **MOST APPROPRIATE AUTHORITY**

E.D. Michigan Local Rule 7.1

Plaintiffs, by and through their undersigned attorneys and in support of their Motion for Leave to File the attached Notice of Supplemental Authority (attached hereto at Exhibit 1), rely on the contents of Plaintiffs' Motion, and the authorities cited therein.

Dated: June 21, 2021　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ E. Powell Miller_____
　　　　　　　　　　　　　　　　　　　E. Powell Miller (P39487)
　　　　　　　　　　　　　　　　　　　Sharon S. Almonrode (P33938)
　　　　　　　　　　　　　　　　　　　Dennis A. Lienhardt (P81118)
　　　　　　　　　　　　　　　　　　　William Kalas (P82113)
　　　　　　　　　　　　　　　　　　　**THE MILLER LAW FIRM, P.C.**
　　　　　　　　　　　　　　　　　　　950 West University, Suite 300
　　　　　　　　　　　　　　　　　　　Rochester, Michigan 48307
　　　　　　　　　　　　　　　　　　　Tel: (248) 841-2200
　　　　　　　　　　　　　　　　　　　epm@millerlawpc.com
　　　　　　　　　　　　　　　　　　　ssa@millerlawpc.com
　　　　　　　　　　　　　　　　　　　dal@millerlawpc.com
　　　　　　　　　　　　　　　　　　　wk@millerlawpc.com

　　　　　　　　　　　　　　　　　　　Nicholas A. Migliaccio
　　　　　　　　　　　　　　　　　　　(E.D. Michigan Bar No. 29077)
　　　　　　　　　　　　　　　　　　　Jason S. Rathod
　　　　　　　　　　　　　　　　　　　(E.D. Michigan Bar No. 18424)
　　　　　　　　　　　　　　　　　　　**MIGLIACCIO & RATHOD LLP**
　　　　　　　　　　　　　　　　　　　412 H Street N.E., Ste. 302
　　　　　　　　　　　　　　　　　　　Washington, DC 20002
　　　　　　　　　　　　　　　　　　　Tel: (202) 470-3520
　　　　　　　　　　　　　　　　　　　nmigliaccio@classlawdc.com
　　　　　　　　　　　　　　　　　　　jrathod@classlawdc.com

　　　　　　　　　　　　　　　　　　　Daniel E. Gustafson
　　　　　　　　　　　　　　　　　　　Daniel C. Hedlund
　　　　　　　　　　　　　　　　　　　David A. Goodwin
　　　　　　　　　　　　　　　　　　　Mickey L. Stevens
　　　　　　　　　　　　　　　　　　　**GUSTAFSON GLUEK PLLC**

220 South Sixth Street #2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dgoodwin@gustafsongluek.com
mstevens@gustafsongluek.com

*Attorneys for Plaintiffs and the Putative Class*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

/s/ *E. Powell Miller*
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: (248) 841-2200
Fax: (248) 652-2852
epm@millerlawpc.com