UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MIKE WORONKO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | Case No.: 4:19-cv-13449<br><br>Hon. Stephanie Dawkins Davis<br>United States District Judge<br><br>Hon. Elizbeth A. Stafford<br>United States Magistrate Judge<br><br>**CLASS ACTION** |

## MOTION FOR LEAVE TO WITHDRAW MAHDE Y. ABDALLAH AS COUNSEL OF RECORD FOR PLAINTIFFS

Pursuant to L.R. 83.25(b)(2), undersigned counsel respectfully moves for leave to withdraw the appearance of Mahde Y. Abdallah as counsel of record in this and all related matters on behalf of Plaintiff(s) in the above captioned action. As of July 23, 2021, Mr. Abdallah is no longer with The Miller Law Firm, P.C.

No substitution of counsel is necessary as Plaintiffs continue to be represented by other attorney(s) of record from The Miller Law Firm, P.C.

Concurrence was sought and unopposed by defense counsel, Mohamed M. Awan, on August 3, 2021

Dated: August 3, 2021

Respectfully submitted,

By: /s/ *Sharon S. Almonrode*
E. Powell Miller (P39487)

        Sharon S. Almonrode (P33938)
        Dennis A. Lienhardt (P81118)
        THE MILLER LAW FIRM PC
        950 West University Drive, Ste. 300
        Rochester, Michigan 48307
        (248) 841-2200
        epm@millerlawpc.com
        ssa@millerlawpc.com
        dal@millerlawpc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

/s/ *Sharon S. Almonrode*
Sharon S. Almonrode