UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT AMBROSE, SCOTT BARNES, RICHARD CHAPMAN, RYAN CIRIGNANO, CHRIS FAUSSETT, MILAN GRUJIC, DAVID KELLER, JOHN KOBEL, DANIEL LAWSON, STEPHEN LUTSK, LORI MAGALLANES, NOAM MEIER, ERIC OSTRANDER, ROBERT OVERTURF, and MIKE WORONKO, on behalf of themselves and all others similarly situated,

   Plaintiffs,

v.

GENERAL MOTORS LLC,

   Defendant.
_____/

Case No. 19-13449

Sean F. Cox
United States District Judge

**JUDGMENT**

For the reasons set forth in an Opinion and Order issued on this date, **IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE.**

Dated: August 26, 2022

s/Sean F. Cox
Sean F. Cox
U. S. District Judge